UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

NATALYA WATSON,

                Plaintiff,                      24 **CIVIL** 8875 (LLS)

    -against-                          **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2025, the Court has dismissed this action for lack of subject matter jurisdiction and as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); Fed. R. Civ. P. 12(h)(3). The request for *pro bono* counsel is denied as moot.

**Dated:** New York, New York

      May 20, 2025

                                                **TAMMI M. HELLWIG**
                                                _____
                                                     **Clerk of Court**

                                **BY:**      K. Mango

                                                   _____
                                                     **Deputy Clerk**